AO 432 (Rev. 2/84)

Administrative Office of the United States Courts

# WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|
| 8/20/07 | 07-149M | KINCAID | | | | |
| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL | |
| Gov't Witness ATF Special Agent Diane Iardella | 8:21am | 8:32am | 8:34am | Excused | | |
| Deft Witness — Deft Sworn | 8:34am | 8:36am | 8:41am | Excused | | |
| Gov't Witness ATF Special Agent Diane Iardella Recalled | 8:41am | 8:43am | 8:44a | Excused | | |

FILED AUG 20 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Gov't 1 | Copy of Criminal Complaint & Affidavit | NO OBJ | NO OBJ |
| Gov't 2 | Photo of Shelf / Trash Bag Box | | |
| Gov't 3 | Photo of Crack Pipe | | |
| Gov't 4 | Photo of Mirror (Hand Held) | | |
| Gov't 5 | Photo of VCR | | |
| Gov't 6 | Photo of Pocket Scale | | |
| Gov't 7 | Photo of Spoon | | |
| Gov't 8 | Photo of Pushrod | ↓ | ↓ |
| Gov't 9 | Copy of ATF Form (Lic. Renewal) | NO OBJ | NO OBJ |
| Gov't 10 | Photo of X-Ming Supply Inventory (4 photos) | NO OBJ | NO OBJ |