IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Criminal Action No. 07- 124-UNA |
| JAMES L. CHEESEMAN, | : | REDACTED |
| Defendant. | : | |

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

From on or about August 5, 2007, through August 14, 2007, in the State and District of Delaware, the defendant, JAMES L. CHEESEMAN, being then an unlawful user of a controlled substance, to wit, cocaine base, did knowingly possess in and affecting interstate and foreign commerce a firearm and ammunition, to wit:

| Description | Make | Model | Serial Number |
|---|---|---|---|
| Pistol .45 | Taurus | PT 24/7 | NZ109479 |
| O/U Rifle/SG | Savage | 24V | 4055 |
| Pistol | Springfield | XD-45 | US719272 |
| Pistol | Springfield | XD-40 | US435639 |
| Pistol | Glock | 21SF | LCN712 |
| Pistol | Glock | 22 | LAN414 |
| Pistol | glock | 27 | LDB280 |
| Pistol | Glock | 26 | LFC507 |
| Pistol | Glock | 30 | LFH103 |
| Pistol | Glock | 37 | FUC172 |
| Pistol | Glock | 29 | KSY372 |
| Pistol | Glock | 33 | KLN869 |
| Pistol | Glock | 17 | KHC254 |
| Pistol | Springfield | XD-9 | US830444 |
| Pistol | Springfield | XD-40 | US280995 |
| Pistol | Glock | 19 | KNF535 |

| | | | |
|---|---|---|---|
| Pistol | Springfield | EMP | EMP2022 |
| Pistol | Springfield | XD-40 | US209211 |
| Pistol | Springfield | XD-357 | US302462 |
| Pistol | Kimber | Desert Warrior | K224132 |
| Pistol | Kimber | Model Warrior | K222205 |
| Pistol | Glock | 36 | KKP016 |
| Pistol | Glock | 19 | LCG241 |
| Pistol | Glock | 17 | LEE345 |
| Pistol | Glock | 23 | LFA180 |
| Pistol | Beretta | 8000FCougar | 097305MC |
| Pistol | Springfield | XD45 | US687962 |
| Pistol | Springfield | XD45LE | US550119 |
| Pistol | Taurus | PT-111 PRO | TZK 46690 |
| Pistol | Taurus | PT 111 PRO | TAN34235 |
| Pistol | Taurus | 140 PRO | SZI03921 |
| Pistol | Smith & Wesson | CS45 | VJH 8484 |
| Pistol | Smith & Wesson | M&P9 | MPM 1552 |
| Pistol | Smith & Wesson | M&P 40 | MPL0045 |
| Pistol | Smith & Wesson | M&P 45 | MPR 3750 |
| Pistol | Smith & Wesson | M&P40C | MPM 9899 |
| Pistol | Walther | P99 | FAX 5810 |
| Pistol | Bersa | Thunder 380 | 832287 |
| Pistol | Bersa | Thunder 380 | 842945 |
| Pistol | Bersa | Thunder 380 | 835343 |
| Pistol | Bersa | Thunder 380 | 843804 |
| Pistol | Taurus | PT145 PRO | NAO43815 |
| Pistol | Magnum Research | Desert Eagle | 36206368 |
| Pistol | Ruger | KP95DC | 316-41282 |
| Pistol | FM | M95-Detective | 435800 |
| Pistol | Beretta | 8000 Cougar | 101685MC |
| Pistol | Kimber | Custom TLE/RL | K227470 |
| Pistol | KBI/Mez | IJ70-18A | PM21035 |
| Pistol | IMEZ/B-West | IJ70-17AS | BHC7431 |
| Pistol | Ruger | MK III | 227-51533 |
| Pistol | Ruger | Mark III Target | 227-48494 |
| Pistol | Erma Werke | KGP68A | 100978 |
| Pistol | Ruger | Mark III Target | 13-07044 |
| Pistol | Grendel | P-30 | 7860 |
| Pistol | Beretta | Tomcat | DAA422865 |
| Pistol | Randall | Raider | BF0002859C |
| Pistol | Walther | PPK | 1244BAH |
| Pistol | CAI | Elite | CAIE1292 |
| Pistol | Rock Island Armory | M1911 A1 | R1A1064031 |
| Pistol | Beretta | 21A | DAA405131 |
| Pistol | Ruger | KP345 | 664-59304 |
| Pistol | Ruger | P95 | 316-39590 |

| | | | |
|---|---|---|---|
| Pistol | Sigarms | Trailside | E0054926 |
| Pistol | Savage | 503 | 0201051 |
| Pistol | Kimber | Classic Target | KO19826 |
| Pistol | H&K | M8 | 16-125814 |
| Pistol | Caspian/Colt | 1911 Custom | 14870 |
| Pistol | S&W | 1911 | JRD6629 |
| Pistol | Erma | KGP69 | 310365 |
| Pistol | Mitchell Arms | Double Action | T-000084 |
| Pistol | High-standard | super matic | 351869 |
| Pistol | American Arms, Inc. | Unknown | 007362 |
| Pistol | EIG | 1900 | B15939 |
| Pistol | Walther | P-5 | 047750 |
| Pistol | Star | Unknown | 1892170 |
| Pistol | S&W | 469 | TAD2230 |
| Pistol | Colt | Match Target | 005388S |
| Pistol | Walther | PPK | 7414BAD |
| Pistol | DGFM | 1927 | 51929 |
| Pistol | unknown | Unknown | 481 |
| Pistol | unknown | Unknown | 83009 |
| Pistol | Kimber | Tactical | K101299 |
| Pistol | colt | Z40 | AO627 |
| Pistol | Colt | Z40 | A0635 |
| Pistol | Colt | Z40 | A0809 |
| Pistol | Colt | Z40 | A0557 |
| Pistol | Daewoo | DP52 | 400008 |
| Pistol | Colt | Z-40 | AO786 |
| Pistol | Colt | Z40 | A0577 |
| Pistol | Glock | 27 | LDB281 |
| Pistol | Kimber | Rimfire Target | K202061 |
| Pistol | H&K | P7M8 | 16-125822 |
| Pistol | S&W | M&P40C | MPV2089 |
| Pistol | Sig Sauer | P226 | U582395 |
| Pistol | Sig Sauer | P245 | C015360 |
| Pistol | Daewoo | DP51C MKII | BB000950 |
| Pistol | Kimber | Rimfire Target | K194973 |
| Pistol | FM | mp 95 detective | 435784 |
| Pistol | Daewoo | DP51C MKII | BA001529 |
| Pistol | Daewoo | DP52 | 400118 |
| Pistol | Daewoo | DP51C MKII | BA001606 |
| Pistol | Taurus | PT145 PRO | NAP84728 |
| Pistol | Taurus | Tracker | WC111806 |
| Pistol | Taurus | Tracker | WC111805 |
| Pistol | LW Seecamp Co. | .32 cal | 31982 |
| Pistol | H & K | P7M8 | 16-122068 |
| Pistol | Hi Standard | 103 | 1302029 |
| Pistol .45 | Sigarms | P245 | CO15427 |

| | | | |
|---|---|---|---|
| Pistol 9mm | Bush Master | Carbine 15 | D08833 |
| Pistol 9mm | Daewoo | DP51 | 400317 |
| Pistol .22 LR | Browning | Buckmark | 515MR10188 |
| Pistol .22 LR | Plainfield | 71 | 001605 |
| Pistol .45 | Ruger | P345 | 664-59202 |
| Pistol .17 Mach2 | Kimber | Rimfire Target | K134237 |
| Pistol .22 | Walther | P22 | C0122 |
| Pistol .22 | AMT | Automag II | P86695 |
| Pistol .22 | High Standard | 107 | 2312991 |
| Pistol .22 LR | Kimber | Rimfire Target | K152769 |
| Pistol .22 LR | Kimber | Rimfire Target | K151264 |
| Pistol .22 LR | Walther/S&W | P-22 | 65613 |
| Pistol .22 LR | Sig Sauer | Mosquito | A043291 |
| Pistol .22 LR | ERMA | EP22 | 64071 |
| Pistol .22 LR | Ruger | 00149 | 222-70074 |
| Pistol .22 LR | Ruger | 00149 | 222-70073 |
| Pistol .22 LR | Mitchell Arms | Citation II | C200437 |
| Pistol .22 LR | Heritage | Rider | B37955 |
| Pistol .22 LR | High Standard | 10-X | 2602698 |
| Pistol .22 LR | Browning | Buckmark | 515MR10196 |
| Pistol .25 | KBI | PSP-25 | VA04145 |
| Pistol .32 | Beretta | 3032 | DAA412865 |
| Pistol .32 | Keltec | P-32 | CB837 |
| Pistol .32 | Keltec | P-32 | CC018 |
| Pistol .32 | Keltec | P-32 | CBH88 |
| Pistol .32 | Keltec | P32 | 76765 |
| Pistol .357 | Sigarms | P226 | U745744 |
| Pistol .357 | Sig Sauer | P226 | U582396 |
| Pistol .38 | Colt | 675 | 152042 |
| Pistol .380 | Sigarms | P232 | S275238 |
| Pistol .380 | Lorcin | L380 | 462695 |
| Pistol .380 | Keltec | P-3AT | JC643 |
| Pistol .380 | Colt | Mark III | 7304-MR |
| Pistol .380 | Daewoo | DH380 | CA001171 |
| Pistol .380 | Keltec | P-3AT | JD297 |
| Pistol .4.5mm | Walther | 53 | 074204 |
| Pistol .40 | Sigarms | P229 | AL56296 |
| Pistol .40 | Sigarms | P239 | SA4119426 |
| Pistol .40 | Taurus | PT 24/7 | SZF40517 |
| Pistol .40 | H & K | USP-Compact | 072828 |
| Pistol .40 | CZ | Z-40 | A2911 |
| Pistol .40 | STI International | Edge | EM11332011 |
| Pistol .40 | Glock | 22 | ATT967 |
| Pistol .40 | Glock | 23 | CVM402 |
| Pistol .40 | EAA/Tranfoglio | Witness | AE75350 |
| Pistol .40 | Walther | P99 | FAC0519 |

| | | | |
|---|---|---|---|
| Pistol .40 | Taurus | PT140Pro | SZ103920 |
| Pistol .40 | Caspian Arms | None | 17066 |
| Pistol .45 | Sigarms | P220 | G377425 |
| Pistol .45 | Sigarms | P220 | G322195 |
| Pistol .45 | Sigarms | GSR X0 | GS09737 |
| Pistol .45 | Glock | 38 | HCE163 |
| Pistol .45 | Kimber | Ultra Carry II | KU67604 |
| Pistol .45 | Glock | 36 | DZG015US |
| Pistol .45 | Kimber | Ultra Carry II | KU59308 |
| Pistol .45 | Para-Ordnance | Carry | P172649 |
| Pistol .45 | Taurus | PT 145 | NAN27787 |
| Pistol .45 | General Curtis | Randa 11 | E0002474C |
| Pistol .45 | Randall | A311 | RF0002496C |
| Pistol .45 | Randall | A111 | 02317C |
| Pistol .45 | Randall | Service | RF0002162C |
| Pistol .45 | Randall | Service | RF04469C |
| Pistol .45 | Kimber | Ultra Elite | KUE0025 |
| Pistol .45 | Kimber | BP10II | KPA17576 |
| Pistol .45 | Randall | Gen Curtis Lemay | F0002571C |
| Pistol .45 | Colt | 1911 | 4120WMK |
| Pistol .45 | Kimber | Elite | KEC0718 |
| Pistol .45 cal | KAHR | P45 | SA1498 |
| Pistol .45 cal | Randall | Combat | RF0008161C |
| Pistol .45 cal | Kimber | Elite Carry | KEC0684 |
| Pistol .45 cal | Colt | Gov't | DM146 |
| Pistol .9mm | CZ | 75B | 9-2067 |
| Pistol .9mm | Helwan | | 1129587 |
| Pistol 32 | Taurus | PT132 | FU188310 |
| Pistol 5.7 x 28 | FNH Belgium | Belgium | 386102070 |
| Pistol 5.7 x 28 | FNH | F.S.I.O.M. | 386108802 |
| Pistol 7.65 | CESKA ZBROJOVKA | CZ83 | 7-0993 |
| Pistol 9mm | Sigarms | P229 | AAU05156 |
| Pistol 9mm | Sigarms | P226 | U643733 |
| Pistol 9mm | Sigarms | P228 | B303924 |
| Pistol 9mm | Sigarms | P239 | SBU001766 |
| Pistol 9mm | Springfield Armory | XD-9V-10 | US929137 |
| Pistol 9mm | Detonics | MK VII | CR17559 |
| Pistol 9mm | Beretta | PX 4 Storm | PX29181 |
| Pistol 9mm | Charles Daly | High Power | HP00959 |
| Pistol 9mm | Ruger | P95DC | 316-35076 |
| Pistol 9mm | Keltec | P-11 | A8C35 |
| Pistol 9mm | Para-Ordnance | Carry 9 | P169813 |
| Pistol 9mm | Caspian Arms | None | 19600 |
| Pistol 9mm | STI International | 2011 | SAS2009 |
| Pistol 9mm | Browning | Bar-Sto | 77C58071 |
| Pistol 9mm | CZ | 75B | 30-0626 |

| | | | |
|---|---|---|---|
| Pistol 9mm | CZ | 75B | A123717 |
| Pistol 9mm | CZ | 99 | 002920 |
| Pistol 9mm | ACC Intn'l | 54-1 | 39007982 |
| Pistol 9mm | CZ | 75B | 30-0750 |
| Pistol 9mm | Zastava Arms | 99 | 002551 |
| Pistol 9mm | BRNO | 99 | 003406 |
| Pistol 9mm | Daewoo | DP51C | DA001439 |
| Pistol 9mm | Daewoo | DP51 | BA001455 |
| Receiver .223 cal | EA Co. | J-15 | EA7538 |
| Receiver 7.62x39 | Norinco/Poly USA Imptr | SKS | 111076291 |
| Revolver | Rossi | 461 | AP483885 |
| Revolver | Rossi | 462 | AR492076 |
| Revolver | Rossi | 971 | AR497244 |
| Revolver | S&W | 637 | DAW8068 |
| Revolver | Taurus | 85 UL | ZK97513 |
| Revolver | Taurus | M-17 | WD 117806 |
| Revolver | S&W | 36-10 | DAM4739 |
| Revolver | Taurus | Raging Bull | UK 919066 |
| Revolver | S&W | 12797 | 25301 |
| Revolver | S&W | 686 | SWR0176 |
| Revolver | Ruger | New Vaquero | 510-22180 |
| Revolver | Ruger | Blackhawk | 870-05627 |
| Revolver | USFA | Rodeo | H196 |
| Revolver | S&W | 686 | SWR0186 |
| Revolver | Ruger | Blackhawk | 32-93793 |
| Revolver | Taurus | Titanium | 2L439282 |
| Revolver | Ruger | New Vaquero | 510-35984 |
| Revolver | Ruger | New Vaquero | 510-40372 |
| Revolver | Rossi | Unknown | 90066 |
| Revolver | Taurus | M-17 | WC 108302 |
| Revolver | S&W | Unknown | J822624 |
| Revolver | U.S Revolver Co. | Unknown | 31098 |
| Revolver | U.S Revolver Co. | Unknown | 17826 |
| Revolver | U.S Revolver Co. | Unknown | 6085 |
| Revolver | H&R | Double Action | 79803 |
| Revolver | River Johnson's Arms | Unknown | 27740 |
| Revolver | H&R | 949 | AA29305 |
| Revolver | The American | Double Action | unknown |
| Revolver | Colt | Police Pos. Sp. | 244348 |
| Revolver | Iver Johnson's Arms | Unknown | 20121 |
| Revolver | Harrington & Richardson | Unknown | no s.n. |
| Revolver | Colt | Official Police | 608898 |
| Revolver | S&W | Unknown | 87J508 |
| Revolver | Iver Johnson's Arms | Unknown | 25097 |
| Revolver | RG | RG23 | T707462 |
| Revolver | EIG | 999 | B27574 |

| | | | |
|---|---|---|---|
| Revolver | H&R Arms | 1905 | 87525 |
| Revolver | H&R Arms | Unknown | 94008 |
| Revolver | unknown | Unknown | no s.n. |
| Revolver | unknown | RP22 | SZ01937 |
| Revolver | H&R Arms | Unknown | no s.n. |
| Revolver | S&W | 357 Magnum | S135149 |
| Revolver | S&W | 1950 | S94088 |
| Revolver | Dan Wesson Arms | 22VH | 17212 |
| Revolver | Dan Wesson Arms | 40 | E005540 |
| Revolver | S&W | Perform. Center | PMA0080 |
| Revolver | S&W | Air weight | DAZ1880 |
| Revolver | Iver Johnson | Cattleman | 42138 |
| Revolver .357 | Ruger | GP100 | 173-64254 |
| Revolver .17HMR | S&W | 647 | CFZ0611 |
| Revolver .22 Mag | Colt | Frontier Scout | 193799F |
| Revolver .17HMR Cal | Ruger | New Model Single Six | 264-44931 |
| Revolver .22 | Belgium | None | 5634 |
| Revolver .22 | Heritage | Rough Rider | 45627 |
| Revolver .22 | S&W | 73086 | K66819 |
| Revolver .22 Lr | S&W | 17-2 | 8K96687 |
| Revolver .22 Short | NAA | 22S | S3774 |
| Revolver .32 | NAA | Guardian | DA00529 |
| Revolver .32-20 | Dan Wesson Arms | 322 | 20B595 |
| Revolver .357 | Ruger | SP101 | 573-67003 |
| Revolver .357 | S&W | 28.2 | 585396 |
| Revolver .357 | S&W | 586 | AJN8159 |
| Revolver .357 | Dan Wesson Arms | 40-VH6 | X00082 |
| Revolver .357 | Dan Wesson Arms | 715VH | SD012349 |
| Revolver .357 | S&W | 686-6 | SWR0184 |
| Revolver .357 | S&W | 686-6 | SWR0185 |
| Revolver .357 | S&W | 65-3 | 7D88892 |
| Revolver .357 | S&W | 681 | ABD7265 |
| Revolver .357 | Taurus | 2075 | AR48461 |
| Revolver .38 | S&W | 64-3 | 7D17449 |
| Revolver .38 | Taurus | Ultra Lite | ZK97511 |
| Revolver .38 | S&W | 442 | DBA2911 |
| Revolver .38 | S&W | 642 | DBA8404 |
| Revolver .38 | S&W | M&P | 252663 |
| Revolver .38 | S&W | 35319 | K89853 |
| Revolver .38 | Unknown | Unknown | J5913 |
| Revolver .38 | Colt | Officers | 314978 |
| Revolver .38 Spec | Taurus | Ultra Lite | ZK97510 |
| Revolver .41 6shot | Dan Wesson Arms | 7414VH6 | Y00083 |
| Revolver .44 | Dan Wesson Arms | 44 | 445001645 |
| Revolver .454 | Freedom Arms | 83 Field | DF9640 |
| Revolver .454 | Ruger | New Vaquero | 510-17073 |

| Type | Make | Model | Serial |
|---|---|---|---|
| Revolver .500 | Magnum Research | BFR | JT06418 |
| Revolver 32-20 | Colt | Army Special | 511049 |
| rifle | Rossi | R308MB | CC0060006 |
| Rifle | Savage | 93R17 | 295262 |
| Rifle | Savage | Mark2 | 473397 |
| Rifle | Ruger | | 1022350-37049 |
| Rifle | Savage | 93R17 | 845297 |
| Rifle | Izhmash | SAIGA-308-1 | H06741411 |
| Rifle | Savage | Mark2 | 472703 |
| Rifle | Savage | Model 10 | G250311 |
| Rifle | Browning | Abolt 2 | 8175OMX351 |
| Rifle | CN Romarm | WASR-10 | Z5-9312-85RO |
| Rifle | H&R | 1871 | HW312786 |
| Rifle | Remington | 700 Titanium | TT003433 |
| Rifle | Remington | 700 | G6364757 |
| Rifle | Tikka | 595 | 979982 |
| Rifle | CZ 550 American | Bolt | A260511 |
| Rifle | Ruger | M77Mark2 | 788-26025 |
| Rifle | Remington | 597Mag | 2937840M |
| Rifle | Sako | Finnifire Varmint | 457838 |
| Rifle | CZ American | 542 American | 452-2EZKM |
| Rifle | Winchester | 70 | G2406067 |
| Rifle | Sako | 57 Hunter | 453507 |
| Rifle | Savage | Mark2BTV | 0803623 |
| Rifle | Savage | 93R17 | 0339153 |
| Rifle | Taurus | 63 | WL8844 |
| Rifle | Winchester | 64 | 1922826 |
| Rifle | Marlin | 336W | 93016723 |
| Rifle | Navy Arms | Cat1563 | 86515 |
| Rifle | US Repeating Arms | FN Herstal SPR | FN10561 |
| Rifle | Remington | 700 | S6533532 |
| Rifle | Bushmaster | XM15-E2S | L445711 |
| Rifle | Stag Arms | Stag-15 | 23605 |
| Rifle | Stag Arms | Stag-15 | 25621 |
| Rifle | Springfield | M1A | 196814 |
| Rifle | Springfield | M1A | 195273 |
| Rifle | Norinco | 84S-1 | 312240 |
| Rifle | Poly Tec | AK47/S | NM47-02070 |
| Rifle | Arsenal Inc. | SLR106FR | AE460293 |
| Rifle | CAI Romanian | AES-10 | AS1-01000-06 |
| Rifle | CAI Romanian | WASR10/63 | AF3888-80 |
| Rifle | Arsenal Inc. | SLR105 | KG447982 |
| Rifle | Auto Ordnance | M1 Carbine | MA5546 |
| Rifle | CZ | 452ZkM Scout | A239230 |
| Rifle | Winchester | 88 | 125397A |
| Rifle | Marlin | 2000L | 00354113 |

| | | | |
|---|---|---|---|
| Rifle | Bushmaster | XM15-E2S | XXV1076 |
| Rifle | CAI Romanian | Champion 2000 | CN060907 |
| Rifle | DC Industries, Inc. | AMD-65 | AMD6501525 |
| Rifle | Aresnal Inc. | SLR106CR | KP460358 |
| Rifle | Colt | AR-15Gov. Carb | GC007010 |
| Rifle | Kel-Tec | Sub2000 | E3C29 |
| Rifle | DC Industries, Inc. | N70AB2 | M70AB20095 |
| Rifle | IAI | M888 | M888-R207762 |
| Rifle | Russian Imp.TGI | 91/30 | MK8128 |
| Rifle | Russian Imp.TGI | 91/30 | MK8125 |
| Rifle | Remington | 12C | 409655 |
| Rifle | Winchester | 90 | 712248A |
| Rifle | colt - | AR-15 | TA09526 |
| Rifle | Bushmaster | XM15-E2S | XX0906 |
| Rifle | Springfield | 87A | No S.N. |
| Rifle | B-West | AK-47S | BWA2517 |
| Rifle | Aresnal Inc. | SLR106CR | AB470362 |
| Rifle | Marlin | Model 60 | 18418586 |
| Rifle | Poly Tec | AKS-223 | PF85-00112 |
| Rifle | Thompson Center | 22 Classic | 16076 |
| Rifle | Springfiled Arms | M1 | 2238246 |
| Rifle | Erma-Werke | EM1.22 | 14305 |
| Rifle | Rossi | Colt | SS042021 |
| Rifle | Ruger | Mini 14 | 18487637 |
| Rifle | Springfield Armory | M 1 | 521346 |
| Rifle | Century Arms. Int. | WASR Sport. | AS10067109 |
| Rifle | Arsenal Inc. | SASM7 Classic | AC040173 |
| Rifle | Remington | 700 | SSA0710 |
| Rifle | Arsenal Inc. | AK-47 | 8M41187 |
| Rifle | Henry Repeating Arms | H004 | GB000337 |
| Rifle | Remington | 597 | A2644587 |
| Rifle | Winchester | 9422 | YBM195 |
| Rifle | Arsenal, Inc. | SASM7 Classic | AC040148 |
| Rifle | FNH | PPR | FN12865 |
| Rifle | Century Arms. Int. | Wasr Sporting | BR102786 |
| Rifle | Arsenal, Inc. | SLR-106FR | 0272 |
| Rifle | FNS | 93R17 | 0641659 |
| Rifle | Savage Arms | 10 | 8649495 |
| Rifle | Bushmaster | XM15-E2S | L116284 |
| Rifle | Remington | 597 | 2796474 |
| Rifle | Ruger | M77 | 790-44335 |
| Rifle | Century Arms. Int. | 91/30 | 913008484617 |
| Rifle | BSAC | 1917 | 33247 |
| Rifle | Thompson Center | 22 classic | 18309 |
| Rifle | ANSCHUTZ | 35 | 123435 |
| Rifle | Rossi | 92 | RR112 |

| Type | Make | Model | Serial |
|---|---|---|---|
| Rifle | Enfield | Jungle Rifle | 90506 |
| Rifle | Prof. Ordnance | Carbine 15 | C05742 |
| Rifle | Brno | 4 | 18106 |
| Rifle | Brno | 4 | 21482 |
| Rifle | Winchester | 9422 | F753546 |
| Rifle | Arsenal, Inc. | SLR105R | 5951 |
| Rifle | Inter Ordnance | M59/66 | 1307446 |
| Rifle | Inter Arms | 22ATD | 803770 |
| Rifle | National Postal Meter | M1 | 4208096 |
| Rifle | Iver Johnson | M1 | 472269 |
| Rifle | Norinco | SKS | 8809043 |
| Rifle | Stag Arms | Stag-15 | 25853 |
| Rifle | Stag Arms | Stag-15 | 25854 |
| Rifle | CZ52 | None | 35825 |
| Rifle .22 | Thompson Center Arms |  | 331670 |
| Rifle .22 | Steven Savage | 87A | None |
| Rifle .233 | Remington | 700 | G6593353 |
| Rifle .243 | Browning | BPR | 1E7NR25282 |
| Rifle .244 | Schultz & Larson | M54J | 3634 |
| Rifle .17 | Savage | 93R17 | 912773 |
| Rifle .17 | JG ANSCHUTZ/ Ti-Star | 1502 | 3047857 |
| Rifle .22 | Tarus | 63 | XH3923 |
| Rifle .22 | J Stevens Arms | None | C885 |
| Rifle .300 | Ruger | M77MII | 790-44524 |
| Rifle .375 | Winchester | 94 | BB028946 |
| Rifle 30-06 | Winchester | 70 | G2561957 |
| Rifle .22 | Wards Westernfield | 87-SB-TA | None |
| Rifle .22 | Ruger | 10-22 | 138224 |
| Rifle .223 | Century Arms Golani Sporter |  | GAL01827 |
| Rifle .44 | Marlin | 1894 | 93008501 |
| Rifle .45 | A Rossi - LSI | Puma M92 | SS092958 |
| Rifle 5.56MM | Stag Arms | Stag -15 | 26081 |
| Rifle 7.62MM | Springfield Armory | BM-59 | 000727 |
| Rifle . 22 | American Industries | Calico M-10 | D001399 |
| Rifle . 7.62x39 | Lancaster/DC Industries | NDS-3 | 3004290 |
| Rifle .12 | Remington | 11-87 | PC820226 |
| Rifle .12 | Remington | 11-87 | PC821081 |
| Rifle .22 | Winchester | None | 201470 |
| Rifle .22 | Remington Fieldmaster | 121 | 56076 |
| Rifle .22 | Marlin | 60 | 14409500 |
| Rifle .22 | American | M100 | 006970 |
| Rifle .22 | Ruger | 10-22 | 24140504 W/Scope |
| Rifle .22 | Savage Arms | 187N | None |
| Rifle .22 | IAI | M888 | R207651 |
| Rifle .22 | Winchester | 9422M | F756635 |

| | | | |
|---|---|---|---|
| Rifle .22 | Winchester | 9422M | F753659 |
| Rifle .22 | Kimber | 82C | SVT1054 |
| Rifle .22 | ArmsCor | M1600 | AP223304 |
| Rifle .22 | Thompson Center Arms | 22 Classic | 15464 |
| Rifle .22 | Kimber | 82 | C1999 |
| Rifle .22 | Remington | 597 | A2644699 |
| Rifle .22 | Kimber | Super America | KA08112 |
| Rifle .22 | BRNO | 4 | 04921 |
| Rifle .22 | Kimber | 82 | H2793B |
| Rifle .223 | BFI | XM15-E2S | L333158 |
| Rifle .223 | Ruger | Mini 14 | 18272062 |
| Rifle .223 | Bush Master | XM15-E2S | L304700 |
| Rifle .223 | Colt | AR-15 | SP13954 |
| Rifle .223 | BFI | M17S | P03692 |
| Rifle .223 | Norinco | 84S | 601433 |
| Rifle .223 | Bush Master | 16XXV | XXV0089 |
| Rifle .30 | Springfield Armory | M1 | 23243 |
| Rifle .30 | Springfield Armory | M1 | 3717335 |
| Rifle .30 | Springfield Armory | M1A | 196613 |
| Rifle .30 | Inland General Motors | M2 Carbine | 7444473 |
| Rifle .3006 | Kimber | K770 | K0005 |
| Rifle .3006 | Kimber | AR-15 | K0012 |
| Rifle .308 | Remington | 700 | SSA0516 |
| Rifle .308 | Springfield Armory | M1A | 185872 |
| Rifle .308 | JLD Interprises | PTR-91 | A2816 |
| Rifle .308 | Norinco | M4 Sporter | C01546 |
| Rifle .32 | Winchester | 1904 SL | 20468 |
| Rifle .357Mag | Winchester | 94AE | 6372568 |
| Rifle .40 | Beretta | CX4 Storm | CY08711 |
| Rifle .405 Cal | Winchester | 1985 | 01045TEX95 |
| Rifle .5.56x45 | Arsonal | SL106F | BD460808 |
| Rifle .7.62x54 | TGI / Russian | 91-30 | MK8078 |
| Rifle 223 | Colt | Sporter H-Bar | CH001554 |
| Rifle 35 | Remington | 600 | 94478 |
| Rifle 45/70 | Marlin | 1895CV | 93208900 |
| Rifle 5.45x39 | Intrac Arms | AK74 | 30472897 |
| Rifle 5.56MM | Stag Arms | Stag -15 | 25620 |
| Rifle 5.56MM | Smith & Wesson | M & P -15 | SW11913 |
| Rifle 5.66MM | Knight's | SR-15 M4 | KM10612 |
| Rifle 6.8mm | Remington | 700 | S6533434 |
| Rifle 7.62 | Arsonal | SAM7 | AC020177 |
| Rifle 7.62 | Arsenal | SAS-M-7 Classic | AC040172 |
| Rifle 7.62 | Arsenal | SAM-7 SF | AE040135 |
| Rifle 7.62 x 39MM | ARMEXIM TGI | 75 Sporter | BV-3689-86R0 |
| Rifle 7.62MM | Armalite Inc. | AR -10 | US569690 |
| Rifle 7.62mm | Arsenal | SAS-M-7 | AD040197 |

| | | | |
|---|---|---|---|
| Rifle 7.62x39 | DC Industries Inc/CIA | M70AB2 | M70AB08910 |
| Rifle 7.62x39 | Daewoo | DR300 | RB000486 |
| Rifle 7.62x39 | Century Intern Arms | AMD65 | AMD6501536 |
| Rifle 7.62x39 | Arsonal | SAM7 Classic | AC020178 |
| Rifle 7.62x39 | Century Arms | WASR-10 | AC 004880 |
| Rifle 7.62x39 | Century Arms | M70AB2 | M70AB219400 |
| Rifle 7.62x39 | Century Intern Arms | WASR-10/63 | AB143279 |
| Rifle 7/62x54 | CAI / Russian | 91-30 | 9130084589 |
| Rifle 9mm | Colt | Sporter | NL003798 |
| Rifle receiver | Colt | SP1 AR15 | SP121461 |
| Rifle.30 Cal | Auto Ordance | ML Carbine | MA5652 |
| Rifle-300 | Remington | 700 | G6310611 |
| Rifle-3855 | H&R | 1871 | HV202108 |
| Riflle 7.62x54 | TGI / Russian | 91-30 | MK8082 |
| Sg/Rifle | Savage | 245E | Pre 68 |
| Shotgun | H&R | Ultra Slug | HU306944 |
| Shotgun | H&R | Ultra Slug | HW348818 |
| Shotgun | New England F/A | Pardner | NS236622 |
| Shotgun | H&R | Ultra Slug | HW331915 |
| Shotgun | Baikal | IZH18 | IZH-18EM-M |
| Shotgun | Baikal | IZH18 | IZH-18M-M |
| Shotgun | Remington | 870Tactical | AB215841M |
| Shotgun | Remington | 870Express | AB412483U |
| Shotgun | Remington | 870 | AB498159M |
| Shotgun | Remington | 870Express | AB412420U |
| Shotgun | Mossberg | 500E | R763688 |
| Shotgun | Mossberg | 500A | R984865 |
| Shotgun | Mossberg | 500A | T002230 |
| Shotgun | Mossberg | 500A | R983343 |
| Shotgun | Izhmash | SAIGA-410 | H07200363 |
| Shotgun | Verona | SX405-12 | T1102-02DK09281 |
| Shotgun | Norinco | 98 | 22399 |
| Shotgun | Remington | 870Express | AB324630M |
| Shotgun | American Arms | Phantom | 31717 |
| Shotgun | Remington | 870Express | AB118951M |
| Shotgun | Remington | 870Express Sup | AB219142A |
| Shotgun | Remington | 11-87Sportsman | PC820340 |
| Shotgun | Remington | 870Express | AB225937U |
| Shotgun | Remington | 870Express | D297094W |
| Shotgun | Mossberg | 500A | L188762 |
| Shotgun | Stoeger | 2000 | 521816 |
| shotgun | Remington | 11-87 | PC063819 |
| Shotgun | Remington | 11-87 | DE32821 |
| Shotgun | Bennelli | Super Blk Eagle | U122242 |
| Shotgun | Winchester | Super X Model2 | 11AMX04361 |
| shotgun | Remington | 870 Wing Maste | AB210369M |

| | | | |
|---|---|---|---|
| Shotgun | H&R | 1871 | HW752229 |
| Shotgun | Beretta | AL391 Urika | KA235570 |
| Shotgun | Arms Sport | 2802-12 | 120850 |
| Shotgun | Remington | Classic Trap | R270678V |
| Shotgun | Browning | Lightning | 36804S5 |
| Shotgun | Sig Arms | SA-5 | EX00797 |
| Shotgun | Bsa | Falcon | 60-03-233804 |
| shotgun | Beretta | 1201FP | A21006L |
| Shotgun | Benelli | Super 90 | M389577 |
| shotgun | Benelli | CAM76 Sup. 90 | M1014-1164 |
| shotgun | Mossberg | 500A | R886506 |
| shotgun | Browning Arms | Special Steel | L13PM06117 |
| Shotgun | Browning | Special Steel | 42847S5 |
| shotgun | Remington | Sportsman 48 | 3005327 |
| Shotgun | Stevens | 77E | No S.N. |
| Shotgun | Marlin | 1898 | 14048 |
| Shotgun | Hi-Standard | Mitchell II | 707674 |
| shotgun | Mossberg | 590 | I876040 |
| shotgun | Remington | 870 | AB118945M |
| shotgun | Winchester | 9410 | SG14243 |
| shotgun | Mossberg | 500 | T002208 |
| shotgun | Remington | 11-87 | DE31731 |
| Shotgun .12 | Winchester | | 224424 |
| Shotgun .12 | Marlin | 24 | 131202 |
| Shotgun .12 | Marlin | 1898 | None |
| Shotgun .12 | Benelli H & K | M1 Super 90 | M263060 |
| Shotgun .12 | Wards Hercules | 10 | 62156 |
| Shotgun .12 | Ithaea | | 310209 |
| Shotgun .16 | Davis Certified Crescent | SXS | 50305 |
| Shotgun .20 | ER Amantino Stoeger | Condor 2 | 89855-03 |
| Shotgun .10g | Ithaca | Mag 10 | 100018479 |
| Shotgun .12 | W.H. Davenport | 1885 | 5525 |
| Shotgun .12 | Franchi | Standard | EB1807 |
| Shotgun .12 | Browning | Magnum 12 | 11040RN151 |
| Shotgun .12 | Browning | A5 | 6M69395 |
| Shotgun .12 | Mossberg | 935 | AM012942 |
| Shotgun .12 | Remington | None | 23020 |
| Shotgun .12 | Benelli H & K | M1 Super 90 | M090977 |
| Shotgun .12 | Mossberg | 600AT | H461359 |
| Shotgun .12 | Hi Standard | 10 | 230015 |
| Shotgun .12 | Mossberg | 395KB | B09679 |
| Shotgun .12 | Remington | 870TB | S079336V |
| Shotgun .12 | Remington | 1187 | PC061333 |
| Shotgun .12 | Remington | 1100 | M296946M |
| Shotgun .12 | Marlin | None | 74500 |
| Shotgun .12 | Remington 870 | Marine Magnum | B367587M |

| Type | Make | Model | Serial |
|---|---|---|---|
| Shotgun .12 | ATIS/EAA | | 134602 |
| Shotgun .12 | Winchester | Super X - 1 | M9573 |
| Shotgun .12 | Remington | 870 Express | C115514M |
| Shotgun .12 | Mossberg | 500 | R885570 |
| Shotgun .12 | Mossberg | 500 | T001883 |
| Shotgun .12 | Remington | 1187 | PC820336 |
| Shotgun .12 | Mossberg | 500 | T001909 |
| Shotgun .12 | Remington | 870 | AB118943M |
| Shotgun .12 | Savage | 28 | 20343 |
| Shotgun .12g | Sears & Robuck | 300 | Q94267 |
| Shotgun .12g | H & R | 1871 | HW331907 |
| Shotgun .20 | CZ | Canvas Back | 06S9669 |
| Shotgun .20 | Winchester | 140 | N930617 |
| Shotgun .20g | Remington | 1100 | L270840X |
| Shotgun .20g | Remington | 870 Express | D949201U |
| Shotgun 12g | Remington | 3200 | OU26944 |
| Shotgun 12g | Weatherby | Sporter | E015910 |
| Shotgun 12g | CBC Magtech | 586 | 50153 |
| Shotgun 12g | Winchester | 13 Marine | L2363787 |
| Shotgun. .12 | IZH | IZH 18 | 02071695B |
| Shotgun. .20 | Savage Arms | Kimbel KK1 | C940247 |
| Shotgun. 12 | Remington | 1187 | PC817510 |
| Shotgun. 12 | Ranger | 5000 | 03887 |
| CZ receiver | | 1908/34 | 2379 |
| Pistol | KAHR | K9 | AN0003 |
| Pistol | Baikal/B-West | IJ-70-380K | BHE 1873 |
| Pistol | STI competitor | 2011 | SAS3510 |
| Pistol | Taurus | PT111 | TAM07428 |
| Revolver | S&W | Safety Hamerless | 65150 |
| Revolver | Colt | New Pocket | 26300 |
| Revolver | American Arms, Inc. | Double Action | no s.n. |
| Rifle | Mauser | 1908-34 | 3429S |
| Rifle | Ruger | Mini 14 | 580-01198 |
| Rifle | Savage Arms | Unknown | 724614 |
| Rifle | Remington | 700 | B6402545 |
| Rifle | H&K | 91A2 | AO45232 |
| Rifle | unknown Belgium md | Flabert | no s.n. |
| Rifle | ruger | 77 MKII | 770-00238 |
| Rifle | Remington | 504 | 50407626 |
| Shotgun | Stoeger | Uplander | A9585-05 |
| Shotgun | American Arms, Inc. | Silver II | unknown |
| 239,383 rounds | miscellaneous ammunition | | |
| 178lbs.,13oz. | smokeless powder | | |
| 321lbs.,6oz. | smokeless powder | | |

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT II

On or about August 5, 2007, in the State and District of Delaware, the defendant, JAMES L. CHEESEMAN, did knowingly and intentionally possess more than five (5) grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic controlled substance.

All in violation of Title 21, United States Code, Section 844(a).

## COUNT III

On or about August 5, 2007, in the State and District of Delaware, the defendant, JAMES L. CHEESEMAN, did knowingly distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, defendant JAMES L. CHEESEMAN shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to all the firearms and ammunition described above under Count One.

Upon conviction of one or more of the controlled substance offenses alleged in Counts Two and Three of this Indictment, defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Shawn A. Weede
Assistant United States Attorney

Dated: September 13, 2007