IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-124-SLR |
| ) | |
| JAMES L. CHEESEMAN, ) | |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Keith M. Rosen as the attorney of record on behalf of plaintiff, United States of America, in the above-captioned case.

COLM F. CONNOLLY
United States Attorney

By: /s/ Keith M. Rosen
Keith M. Rosen
Assistant United States Attorney
Chief, Criminal Division
keith.rosen@usdoj.gov

Dated: 9-20-07

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 07-124-SLR |
| ) | |
| JAMES L. CHEESEMAN, ) | |
| ) | |
| Defendant. ) | |

I, Sharon Bernardo, an employee of the United States Attorney's Office, hereby certify that on September 20, 2007, I electronically filed the foregoing:

**ENTRY OF APPEARANCE**

with the Clerk of the Court using the CM/ECF and by hand delivering two copies of said document to attorney of record as follows:

JOSEPH HURLEY, ESQUIRE
1215 King Street
Wilmington, DE   19801

*Sharon L. Bernardo*