IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JAMES L. CHEESEMAN | ) CASE # CR 07-124-SLR ) PLEASE DIRECT ALL INQUIRIES ) TO 573-6128 |
| Defendant. | ) |

### NOTICE TO APPEAR

Please note that the above captioned case has been scheduled for an **ARRAIGNMENT** before the Honorable Leonard P. Stark, on **OCTOBER 4, 2007 AT 1:00 PM** in Courtroom #2A, 2ND Floor, Boggs Federal Building, 844 N. King Street, Wilmington, DE.

Peter T. Dalleo
Clerk of the Court

By: _____
Deputy Clerk

Date: 9/26/07

To: JAMES L. CHEESEMAN
    #05321015
    SALEM COUNTY JAIL
    125 CEMETARY ROAD
    WOODSTOWN, NJ 08098

cc: counsel



FILED
SEP 2 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE