IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.  JAMES L. CHEESEMAN    CASE NO. CR 07-124-SLR____

The defendant,  JAMES L. CHEESEMAN , having been

scheduled for arraignment on  SEPTEMBER 20, 2007_____

and a continuance having been requested by  DEFENSE COUNSEL_____

for the following reasons:  DUE TO SCHEDULING CONFLICTS_____

and the Court, having considered the request, finds that the ends of justice

served by granting the requested continuance outweigh the best interest of the public and

the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to  OCTOBER 4, 2007__

( 2) The period between SEPTEMBER 2O, 2007 and  OCTOBER 4, 2007

shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 9/26/07

_Mary Pat Thynge_

FILED

SEP 2 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE