UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>        Plaintiff, )<br>  )<br>   vs. )  CASE NO. 07-124-JJF<br>  )<br>**JAMES L. CHEESEMAN**, )<br>  )<br>        Defendant. ) | |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **10/4/07** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until                    . The time between the date of this order and November 1, 2007 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                                                                     _____
                                                                                     **Honorable Leonard P. Stark**
                                                                                     **U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney



FILED
OCT - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE