IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : Criminal Action No. 07-124-SLR |
| JAMES L. CHEESEMAN, | : |
| Defendant. | : |

**MOTION FOR SCHEDULING CONFERENCE**

NOW COMES the United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Keith M. Rosen, Assistant United States Attorney, and respectfully requests that the Court conduct a scheduling conference in the above-captioned matter. In support thereof, the government submits the following:

1. The Grand Jury returned a three-count indictment against the defendant on September 13, 2007. The defendant was arraigned on those charges before Magistrate Judge Stark on October 4, 2007.

2. At the time of his arraignment, the defendant requested until November 1, 2007, to file pre-trial motions. Magistrate Judge Stark granted this request and entered an Order excluding the time from October 4, 2007, until November 1, 2007, under the Speedy Trial Act. *See* D.I. 17.

3. The November 1, 2007, motions deadline has passed. As of the date of this application, no pre-trial motions have been filed by the defendant.

**WHEREFORE**, for the reasons set forth above, the government respectfully requests that the Court conduct a scheduling conference to set a trial date and any other deadlines that the Court deems appropriate in this matter. A proposed Order is attached.

                                         Respectfully submitted,

                                         COLM F. CONNOLLY
                                         United States Attorney

BY:    /s/ Keith M. Rosen
             Keith M. Rosen
             Assistant United States Attorney

Dated: November 5, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 07-124-SLR |
| JAMES L. CHEESEMAN, | : |
| Defendant. | : |

### ORDER

**AND NOW** this _____ day of _____, 2007, based upon the government's Motion, **IT IS HEREBY ORDERED** that the Court will conduct a teleconference with counsel on _____, 2007, at _____ a.m./p.m., said teleconference to be initiated by the government.

 

_____
Honorable Sue L. Robinson
United States District Court
District of Delaware

## CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-124-SLR |
| | ) | |
| JAMES L. CHEESEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

I, Sharon Bernardo, an employee of the United States Attorney's Office, hereby certify that on November 5, 2007, I electronically filed the foregoing:

**MOTION FOR SCHEDULING CONFERENCE**

with the Clerk of the Court using the CM/ECF which will send notification of such filing and by causing two copies of said document to be hand delivered addressed to counsel of record as follows:

JOSEPH HURLEY, ESQUIRE
1215 King Street
Wilmington, DE 19801

*/s/ Sharon L. Bernardo*