IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 07-124-SLR |
| JAMES CHEESEMAN, | ) ) ) |
| Defendant. | ) ) |

### ORDER

At Wilmington this 5th day of November, 2007,

IT IS ORDERED that a telephone status conference is scheduled for **Friday, November 16, 2007** at **11:00 a.m.**, with the court initiating said call.

_____
United States District Judge