IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. ) Crim. No. 07-124-SLR<br>)<br>JAMES CHEESEMAN, )<br>)<br>Defendant. ) | |

**ORDER**

At Wilmington this 30th day of January, 2008 having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Thursday, February 21, 2008** at **4:30 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **February 21, 2008** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(l).

3. The pretrial conference scheduled for **February 21, 2008** and the jury trial scheduled for **March 4, 2008** are **cancelled**.

_____
United States District Judge