IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-124-SLR |
| ) | |
| JAMES CHEESEMAN, ) | |
| ) | |
| Defendant. ) | |

# O R D E R

At Wilmington this 25th day of February, 2008, defendant having entered a plea of guilty on February 21, 2008,

IT IS HEREBY ORDERED that:

1. Sentencing in this matter is scheduled to commence on **Wednesday, June 4, 2008** at **8:30 a.m.** in courtroom No. 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. A Presentence Report ("PSR") shall be prepared by the United States Probation Office.

3. No later than 45 days prior to sentencing, the United States Probation Office shall disclose to both parties a draft of the PSR.  Within 14 days of service of the draft PSR, the parties shall serve the United States Probation Office with a letter setting forth any objections to the draft PSR, and identifying any departure or variance claims.

4. No later than 20 days prior to sentencing, the United States Probation Office

shall provide the Court and counsel with the final draft of the PSR.

5. No later than 15 days prior to sentencing, the parties may file Sentencing Memoranda or Motions for Downward Departure with the Court.

6. No later than 8 days prior to sentencing, any responsive Sentencing Memoranda or responses to Motions for Downward Departure may be filed with the Court.

IT IS FURTHER ORDERED that the forgoing schedule may only be modified with the permission of the Court for good cause shown.

_____
United States District Judge