PS 8
(Rev 02/94)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 1:07CR00124-001(SLR) |
| James Cheeseman | ) |
| Defendant | ) |

### Petition for Action on Conditions of Pretrial Release

COMES NOW CRAIG H. CARPENTER PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant James Cheeseman who was placed under pretrial release supervision by the Honorable Sue L. Robinson sitting in the court at Wilmington, DE., on the 21 day of February, 2008 under the following conditions:

Please See Attached

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Pretrial Services recommends the conditions of pretrial release be modified to remove the special condition that James Cheeseman be monitored under home confinement with electronic monitoring. Instead, it is requested the defendant remain in home confinement, on a schedule determined by Pretrial Services.

**PRAYING THAT THE COURT WILL ORDER**... the special condition requiring electronic monitoring be removed as a condition for standard home confinement without electronic monitoring.

ORDER OF COURT

So ordered this 30th day of April, 2008.

_____
U. S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U. S. Pretrial Services Officer

Executed on   April 30, 2008

Place   Wilmington, DE.

Page 2
RE: James Cheeseman
Petition for Action - Modify Conditions
April 30, 2008

**Special Conditions of Pretrial Release**

7(a)  The defendant shall report to Pretrial Services as directed by that agency.

7(e)  The defendant shall maintain or actively seek employment.

7(g)  The defendant shall surrender his passport to the Clerk's Office.

7(I)  The defendant shall not travel outside the District of Delaware unless authorized by Pretrial Services.

7(j)  The defendant shall have no contact with Marie Henderson or Charlotte Key.

7(n)  The defendant shall refrain from the possession of a firearm or destructive device.

7(o)  The defendant shall refrain from any alcohol.

7(p)  The defendant shall refrain from the unlawful possession of a narcotic substance.

7(q)  The defendant shall submit to testing for prohibited substances as directed by Pretrial Services.

7(r)   The defendant shall participate in a program of inpatient or outpatient substance abuse treatment as directed by Pretrial Services.

7(t)   The defendant shall participate in home confinement with electronic monitoring.

7(u)  The defendant shall report all new police contacts to Pretrial Services.

7(v)  The defendant must undergo and complete one month of residential treatment. Costs to be paid by defendant.

7(w) Regarding any travel, the defendant must request and obtain permission to travel no less than 24 hours before requested travel.

7(z)  The defendant shall undergo mental health treatment, evaluation, and counseling.