IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim.A. No. 07-124-SLR |
| ) | |
| JAMES L. CHEESEMAN, ) | |
| ) | |
| Defendant. ) | |

MOTION TO EXTEND TIME OF FILING OF DEFENDANT'S
RESPONSE TO PRESENTENCE REPORT

NOW COMES the defendant, above, by and through counsel, Joe Hurley, who moves to extend the date of filing of the defendant's responses to the presentence report, and in support of such application, represents:

1. Sentencing is scheduled for June 4, 2008.

2. The date line for the timely filing of the defendant's response to the presentence report is May 6, 2008.

3. A unique legal issue exists, and defense counsel wishes an opportunity to further research the matter so that an appropriate response may be filed.

4. Keith Rosen does not object to this request.

WHEREFORE, the defendant seeks the relief noted herein.

```
                                        _____
                                        Joe Hurley
                                        1215 King Street
                                        Wilmington, DE 19801
```

Dated:  May 6, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim.A. No. 07-124-SLR |
| | ) |
| JAMES L. CHEESEMAN, | ) |
| | ) |
| Defendant. | ) |

O R D E R

The defendant's Motion to Extend Time of Filing of Defendant's Responses to Presentence Report having been heard and considered,

ORDERED this _____ day of _____, 2008, A.D., that the defendant's Motion is granted.

_____
J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim.A. No. 07-124-SLR |
| | ) | |
| JAMES L. CHEESEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE OF
MOTION TO EXTEND TIME OF FILING OF DEFENDANT'S
RESPONSE TO PRESENTENCE REPORT AND ORDER

I hereby certify that two copies of the attached Motion to Extent Time of Filing of Defendant's Response to Presentence Report and Order were e-filed to the following person on May 6, 2008:

    Keith R. Rosen, Esquire
    U.S. Attorney's Office
    Suite 700
    1007 Orange Street
    Wilmington, DE 19801

                              _____
                              Joe Hurley
                              1215 King Street
                              Wilmington, DE 19801

Dated: May 6, 2008