IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim.A. No. 07-124-SLR |
| | ) | |
| JAMES L. CHEESEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

### O R D E R

The defendant's Motion to Extend Time of Filing of Defendant's Responses to Presentence Report having been heard and considered,

ORDERED this __7th__ day of __May__, 2008, A.D., that the defendant's Motion is granted.

_____
J.