IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 07-124-SLR |
| ) | |
| JAMES L. CHEESEMAN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 27th day of May, 2008, having considered plaintiff's unopposed motion to continue the sentencing hearing;

IT IS HEREBY ORDERED that:

1. Said motion (D.I. 35) is **granted.** The sentencing scheduled for **June 4, 2008** is **cancelled**. If an evidentiary hearing is **NOT** required, the sentencing is **rescheduled** to commence on **Thursday, June 26, 2008** at **11:00 a.m.** in courtroom No. 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. If an evidentiary hearing **IS** required, the sentencing hearing will commence on **Monday, August 11, 2008** at **10:00 a.m.** in courtroom No. 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

3. Counsel shall notify the court promptly of the status of their efforts to reach a resolution without further litigation.

                                                                  _____
                                                                   United States District Judge

Case 1:07-cr-00124-SLR    Document 36    Filed 05/27/2008    Page 2 of 2