## JOE HURLEY
ATTORNEY AT LAW
1215 KING STREET
WILMINGTON, DELAWARE 19801
(302) 658-8980
MEMBER DEL. AND FLA. BARS

May 28, 2008

The Honorable Sue L. Robinson
U.S. District Court
844 King Street
Wilmington, DE 19801

    Re:  U.S. v. James L. Cheeseman
         Cr.A. No. 07-124-SLR

Dear Judge Robinson:

    Please be advised that the sentencing date that has now been created as a result of the Government's unopposed request is "smack in the middle" of jury selection that I will have in the case of State v. Baker, I.D. 0707021261, a First Degree Murder trial that begins on June 24th.

    If it did not involve the interruption of the jury process in a murder trial, I would probably try to work around the date, but I am asking, and for obvious reasons, that the Cheeseman matter be relocated.

Respectfully,

Joe Hurley

JAH:jr
Pc: Keith M. Rosen, Esquire