IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Criminal Action No. 07-124-SLR |
| | : | |
| JAMES L. CHEESEMAN, | : | |
| | : | |
| Defendant. | : | |

### STATUS REPORT REGARDING SENTENCING HEARING

**COMES NOW** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Keith M. Rosen, Assistant United States Attorney, and respectfully submits the following status report concerning the scheduling of the sentencing hearing in this matter.

1.   On February 21, 2008, defendant James L. Cheeseman pled guilty to one count of possession of a firearm by an unlawful drug user or addict, in violation of 18 U.S.C. §§ 922(g)(3), 924(a)(2). The defendant is pending sentencing.

2.   By Order dated May 27, 2008, the Court continued the sentencing in this matter to allow the parties additional time to attempt to resolve the outstanding forfeiture issues in this case. The May 27 Order scheduled sentencing for June 26, 2008, if an evidentiary hearing would not be required and set August 11, 2008, as the date if a hearing is required.

3.   As of the date of this report, the parties have not been able to resolve the forfeiture issue, and the government expects that an evidentiary hearing will be necessary. Accordingly, the government respectfully requests that the Court remove the June 26th sentencing date from

the calendar, and set this matter to resume on the August 11th date.

4. The government remains available at the Court's convenience if a teleconference is needed to address this matter further.

> Respectfully submitted,
>
> COLM F. CONNOLLY
> United States Attorney
>
> BY: _____
> Keith M. Rosen
> Assistant United States Attorney

Dated: June 20, 2008