%AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

U.S.A.

V.

James Cheeseman

**EXHIBIT AND WITNESS LIST**

Case Number: 07-cr-124-SLR

| PRESIDING JUDGE Sue L. Robinson | PLAINTIFF'S ATTORNEY Keith M. Rosen, Esq. | DEFENDANT'S ATTORNEY Charles M. Oberly III, Esq. |
|---|---|---|
| TRIAL DATE (S) 08/11/2008 (Evidentiary Hearing) | COURT REPORTER V. Gunning | COURTROOM DEPUTY L.Davis |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | Obj (Chain) | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| 2 |  | 8/11/08 | YES | NO | YES | Dianne Ardella- Photo of shelf with a box of garbage box with crack pipe in it |
| 3 |  | 8/11/08 | YES | NO | YES | Dianne Ardella- Photo of inside of box with the crack pipe |
| 4 |  | 8/11/08 | YES | NO | YES | Dianne Ardella- Photo of mirror with white residue(positive for cocaine) |
| 5 |  | 8/11/08 | YES | NO | YES | Dianne Ardella- Photo of VCR on top of shelf w/ digital scale found inside of VCR |
| 6 |  | 8/11/08 | YES | NO | YES | Dianne Ardella-Photo of white residue |
| 7 |  | 8/11/08 | YES | NO | YES | Dianne Ardella-Photo of gravy ladle spoon inside of container |
| 8 |  | 8/11/08 | YES | NO | YES | Dianne Ardella- Photo of push rag |
| 9 |  | 8/11/08 | YES | NO | YES | Dianne Ardella- Photo of ash tray that had rounds of ammunition |
| 10 |  | 8/11/08 | YES | NO | YES | Dianne Ardella- Renewal of license application for Mr. Cheeseman sent to ATF |
| 11 |  | 8/11/08 | YES | NO | YES | Dianne Ardella- List of guns |
| 12 |  | 8/11/08 | YES | NO | YES | Dianne Ardella- List of Guns that were recovered at search, list of personal guns collected |
| 13 |  | 8/11/08 | YES | NO | YES | Dianne Ardella- listing of personal collection guns that were not recovered in the search warrant |
| 14 |  | 8/11/08 | YES | NO | YES | Dianne Ardella- Summary of ATM withdrawals |
|  |  |  |  |  |  | Mr. Black |
|  |  |  |  |  |  | David Johnson- |
|  |  |  |  |  |  | Ronald Walker, Jr. |
|  |  |  |  |  |  | Nancy Macnac |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages