**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*
*1007 Orange Street, Suite 7100*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

*(302) 573-6277*
*FAX (302) 573-6220*

August 14, 2008

Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

    Re:  **U.S. v. James L. Cheeseman**
          <u>**Criminal Action No. 07-124-SLR**</u>

Dear Judge Robinson:

    Per the Court's direction at the conclusion of the August 11, 2008, evidentiary hearing, the parties have conferred on a briefing schedule. The parties agree that simultaneous memoranda would be appropriate in this case, and propose to submit those memoranda to the Court on Friday, August 29, 2008.

    We remain available to address any questions the Court may have on this matter.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                        By: _____
                                        Keith M. Rosen
                                        Assistant United States Attorney
                                        Chief, Criminal Division

pc:   Charles M. Oberly, III, Esquire
       Joseph Hurley, Esquire

KMR:slb